ent, v. PENINSULA NATIONAL BANK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CARMELO SILVESTRO, Respondent, v. P. FURY and Another, Appellants.— Determination affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE RIESER COMPANY, INC., Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, Impleaded with HARRY STRAUSSER, Appellant, and NORVIN RIESER, Joined as Defendant under Section 271 of the Civil Practice Act, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HARRAL CONSTRUCTION AND REALTY CORPORATION, Appellant, v. GEORGE J. KESSLER and Others, Defendants. EDWARD V. MORAND, Receiver, and GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN J. McANDREW, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MAFALDA KATTAMOUTTO, Respondent, v. JACK KATTAMOUTTO, Appellant.— Order modified by reducing amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of five dollars per week, and counsel fee to the sum of fifty dollars, payable one-half within ten days from service of order, and the balance at the time of the trial, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHANDLER G. BURROWS, Respondent, v. ARTHUR W. DIXON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE GEVAERT COMPANY OF AMERICA, INC., Respondent, against J. G. WILLIAM GREEFF and Others, Appellants.*— Order reversed, with twenty dollars costs and disbursements, and motion denied, with fifty dollars costs, on the ground that mandamus is not the proper remedy. See *Molloy* v. *City of New Rochelle*, 198 N. Y. 402, and cases cited therein, and *People ex rel. Belden* v. *Contracting Board*, 27 N. Y. 378. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ANNIE STACKLIN, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of JULIUS H. BARNES, Appellant, to Vacate a Subpoena, etc., Requiring Said JULIUS H. BARNES to Testify, etc., on Behalf of COLUMBIA CASUALTY COMPANY in a Certain Action Pending in the Court of

* Aff'd., 262 N. Y. 651.

Common Pleas of Ohio, Entitled State of Ohio, on the Relation of I. J. FULTON, as Superintendent of Banks, etc., Plaintiff, against COLUMBIA CASUALTY COMPANY, Respondent, HOWARD F. EVANS and Others, Defendants. In the Matter of the Application of FRANK COHEN, Appellant, to Vacate a Subpœna, etc., Requiring Said FRANK COHEN to Testify, etc., on Behalf of COLUMBIA CASUALTY COMPANY in a Certain Action Pending in the Court of Common Pleas of Ohio, Entitled State of Ohio, on the Relation of I. J. FULTON, as Superintendent of Banks, etc., Plaintiff, against COLUMBIA CASUALTY COMPANY, Respondent, HOWARD F. EVANS and Others, Defendants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MALVINA COOPER v. MORRIS E. GOSSETT.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS C. PARTOS.— Motion for reargument denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PATRICK BRADY v. 1767 BROADWAY COMPANY, INC., Impleaded with WHELAN DRUG COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. ARMIN MANHEIM.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Petition of FRANKLIN MOTT GUNTHER, as One of the Legatees and Remaindermen, etc., of EVA N. BICKERTON, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained Therein — JOSEPH BICKERTON, JR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY KROGER and Others, v. HUGO JABURG, JR., Also Known as HUGO F. JABURG and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATHAN BURKAN v. GEORGE LEARY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of BESSIE LEHMAN and Others, as Executors, etc., of MITCHELL LEHMAN, Deceased.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of VAN RENSSELAER BURR, as Co-Trustee, etc., of MELANCTHON BURR, JR., Deceased. In the Matter of the Judicial Settlement of Account of Proceedings of CENTRAL